ELECTRONICALLY FILED
Jefferson County Circuit Court
Lafayette L. Woods. Circuit Clerk
2020-Feb-10 15:58:57
35CV-20-138
C11WD02 : 45 Pages

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS

**PHYLLIS ROBINSON and**                    **PLAINTIFFS**
**SYLVESTER ROBINSON**

**CASE NO. 35CV-20-_____**

**TRAVIS THOMAS and**
**AMERICAN NATIONAL COUNTY**
**MUTUAL INSURANCE COMPANY**          **DEFENDANTS**

### COMPLAINT

Phyllis Robinson and Sylvester Robinson, through undersigned counsel,

state as follows for their Complaint against Travis Thomas and American

National County Mutual Insurance Company:

#### Introduction

1.    This action arises out of events or omissions occurring in Jefferson

County, Arkansas on September 27, 2014.   Plaintiffs seek damages for

negligence on the part of Travis Thomas and underinsured motorist benefits

from their insurer, American National County Mutual Insurance Company.

2.    This is the second lawsuit in this matter. It is filed within one year

of the dismissal, without prejudice, of Plaintiffs' first lawsuit, styled <u>Phyllis</u>

<u>Robinson and Sylvester Robinson v. Jaylan Haskin and Travis Thomas</u>, Circuit



EXHIBIT
A

Court of Jefferson County, Arkansas, Case No. 35CV-16-610, filed September 21, 2016.  American National intervened in Plaintiffs' first lawsuit, citing and asserting a protectable interest in it.  This lawsuit references, relates to, adopts and incorporates by reference the facts and allegations pled in Plaintiffs' first lawsuit.

### Parties

3.      Plaintiffs are and have been at all relevant times husband and wife.  They currently reside in Shelby County, Tennessee.

4.      As of September 27, 2014, Mr. Thomas was a resident of Jefferson County, Arkansas.   In court filings, he has made conflicting statements regarding his more recent location and address.  Upon information and belief, including his latest court filing addressing the issue, Mr. Thomas is at this time a resident of Jefferson County, Arkansas.

5.      American National is a Texas mutual insurance company with its principal place of business in Galveston, Texas.  Upon information and belief, it operates in, or insures policyholders engaged in activity in, all fifty states, including Arkansas.  It issued an automobile insurance policy to Plaintiffs that was in effect on September 27, 2014, and such policy included underinsured motorist coverage.

### Jurisdiction and Venue

6.     Pursuant to Ark. Code Ann. § 16-60-101 (a)(1) and (2), this Court is the proper venue for this action, and it may properly exercise both personal and subject matter jurisdiction.

### Facts Common to Both Counts

7.     On September 27, 2014, Plaintiff Phyllis Robinson was traveling south on University Drive in Pine Bluff, Jefferson County, Arkansas in a rented automobile.

8.     Simultaneously, Mr. Thomas was himself traveling south on University Drive, behind Ms. Robinson, in his own automobile.

9.     As Ms. Robinson approached University Drive's intersection with 5th Avenue, she lawfully and properly stopped for a traffic light, as did the vehicle immediately behind her.  At such time, Mr. Thomas, in an inattentive, reckless and careless manner, violently struck the vehicle properly stopped behind Ms. Robinson, ramming and knocking it into Ms. Robinson's vehicle, injuring her and damaging the vehicle she was driving.

10.     As a result of Mr. Thomas's negligence and failure to comply with the rules of the road, Ms. Robinson suffered serious and permanent injuries,

-3-

and her husband, Mr. Robinson, likewise suffered injuries, including loss of consortium.

11.     Upon information and belief, at the time of the foregoing occurrence, Mr. Thomas carried liability insurance, but in an amount insufficient to pay for Plaintiffs' damages, which exceed the amount required for federal court jurisdiction in diversity of citizenship cases.

### Count I
### Claim for Negligence against Mr. Thomas

12.     It was the duty of Mr. Thomas, at the time of the foregoing occurrence, to exercise ordinary care in the operation of his vehicle and to obey the rules of the road.

13.     Mr. Thomas breached his duty of ordinary care by: (a) failing to keep a proper lookout; (b) failing to recognize the superior right of the vehicles in front of him; (c) driving too fast for conditions; (d) failing to keep his vehicle under control; (e) failing to yield to a stopped vehicle; (f) striking a stopped vehicle; and (g) otherwise failing to exercise ordinary care for the safety of others and their property.

14.     Mr. Thomas's breaches of his duty of care were both the cause in fact and the proximate cause of injuries to both Plaintiffs.  Mr. Thomas's

breaches of duty were a substantial factor in causing the collision with Ms. Robinson and its consequent harm, and the collision and its consequent harm were a natural and probable consequence of his breaches.

15.     As a result of the negligence of Mr. Thomas, as aforesaid, Ms. Robinson suffered damages that include physical injuries to her back and neck, medical expenses, including multiple surgeries, lost wages, physical impairment and pain and suffering.  She will also need future medical treatment and will suffer from future pain and physical and mental distress. Separately, Mr. Robinson has had to undertake the care of Ms. Robinson, losing wages and incurring travel expenses directly associated with such care.  Both Mr. and Ms. Robinson have suffered a loss of consortium as a result of the injuries sustained in the automobile collision caused by Mr. Thomas.

## Count II
## Claim for UIM Benefits against American National

16.     American National issued an automobile insurance policy for the benefit of the Robinsons for a term commencing July 1, 2014.  Such policy contained underinsured motorist coverage, and it was in force and effect on September 27, 2014, the date of the foregoing accident with Mr. Thomas.  A copy of the policy is attached hereto as Exhibit A and incorporated herein.

-5-

17.     On September 27, 2014, Mr. Thomas carried liability insurance, but in an amount insufficient to fully pay for the damage resulting from the foregoing accident, for which he is at fault.

18.     The Robinsons are entitled to judgment against American National, up to the limit of their underinsured motorist coverage, for all sums awarded to them against Mr. Thomas in excess of the limit of Mr. Thomas's liability coverage.

19.     The policy American National issued to the Robinsons includes a "consent" clause, providing an exclusion for underinsured motorist benefits unless American National consents to resolution of the Robinsons' claim against Mr. Thomas.

20.     Based on the foregoing and applicable Arkansas law, and to avoid a multiplicity of suits, American National is a proper and/or necessary party to this action, and in the event it is adjudicated liable to the Robinsons, they are entitled to the amount of their underinsured motorist coverage, together with a 12% penalty upon such amount and a reasonable attorney's fee, pursuant to Ark. Code Ann. § 23-79-208.

21.     Pursuant to Ark. R. Civ. P. 38, the Robinsons demand trial by jury on all issues so triable.

-6-

WHEREFORE, Plaintiffs Phyllis Robinson and Sylvester Robinson pray that they have and recover of and from Defendants Travis Thomas and American National County Mutual Insurance Company general, special and other damages as set forth above, in a total amount to be determined at trial, but at least in an amount that exceeds the amount required for federal court jurisdiction in diversity of citizenship cases. Plaintiffs further pray for any and all other just and proper relief, whether specifically requested herein or not.

**BRIDGES, YOUNG, MATTHEWS
& DRAKE PLC**
P. O. Box 7808
Pine Bluff, AR 71611
Telephone No. (870) 534-5532
jacktalbot@bridgesplc.com


By  */s/ John P. Talbot*
　　　John P. Talbot, ABN 97119
　　　Attorneys for Plaintiffs

AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY
(Serviced By American National Property And Casualty Company)   POLICY NUMBER
American National Corporate Centre
1949 East Sunshine · Springfield, MO 65899-0001
www.anpac.com
42-M-091-27M-3
POLICY TERM
07-01-14 TO 01-01-15
AND SUBSEQUENT RENEWALS.

THIS **FAMILY AUTOMOBILE RENEWAL DECLARATION**
REPLACES ALL PRIOR DECLARATIONS, IF ANY, AND WITH POLICY PROVISIONS AND
ANY ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETES THIS POLICY.

METHOD OF PAYMENT: INSURED BILL

**NAMED INSURED AND ADDRESS**

ROBINSON, PHYLLIS & SYLVESTER
14200 HOBBY LN APT 14208
FORT WORTH  TX  76155-3564

RATING ADDRESS:
14200 HOBBY LN APT 14208
FORT WORTH  TX  76155-3564

AGENT: A0288-P 1-378
KAREN PAUL
8241 MID CITIES BLVD STE 102
N RICHLAND HILLS TX 76182-4759

FOR CUSTOMER SERVICE:
817-485-9090

**DESCRIPTION OF INSURED PROPERTY**

RATED
VEH DR DESCRIPTION          ID NUMBER              TYPE
 1   1  2007 MRB E350 4D    WDBUF56X17B143036 AUTO
 2   2  2007 MAZ CX-7 4D    JM3ER293570149588 AUTO

**RATING INFORMATION, COVERAGES, PREMIUMS, AND LIMITS OF LIABILITY**
INSURANCE IS PROVIDED ONLY WITH RESPECT TO THOSE OF THE FOLLOWING COVERAGES WHICH ARE INDICATED BY A SPECIFIC LIMIT OF LIABILITY AND/OR PREMIUM APPLICABLE THERETO.

| VEHICLE | 07 MRB E350 4D | 07 MAZ CX-7 4D |
|---|---|---|
| **BODILY INJURY LIABILITY** | | |
| LIMIT PER PERSON/OCCURRENCE | 100,000/300,000 | 100,000/300,000 |
| **PROPERTY DAMAGE LIABILITY** | | |
| LIMIT PER OCCURRENCE | 50,000 | 50,000 |
| **MEDICAL PAYMENTS** | | |
| LIMIT PER PERSON | 5,000 | 5,000 |
| **UNINSURED MOTORIST** | | |
| LIMIT PER PERSON/ACCIDENT | 30,000/60,000 | 30,000/60,000 |
| **UNINSURED PROPERTY DAMAGE** | | |
| LIMIT PER ACCIDENT | ACV | ACV |
| DEDUCTIBLE | 250 | 250 |
| **COMPREHENSIVE** | | |
| DEDUCTIBLE | 1,000 | 1,000 |
| ADDED COVERAGE ENDORSEMENT | NO | NO |
| LIMIT OF CUSTOMIZED EQUIPMENT | 2,000 | 2,000 |
| **COLLISION** | | |
| DEDUCTIBLE | 1,000 | 1,000 |
| ADDED COVERAGE ENDORSEMENT | NO | NO |
| LIMIT OF CUSTOMIZED EQUIPMENT | 2,000 | 2,000 |
| **ROADSIDE ASST/WINDSHIELD REPAIR** | | |
| **REIMBURSEMENT OF RENTAL EXPENSE** | | |
| LIMIT PER DAY/AGGREGATE | 40/800 | 40/800 |
| | ----------------- | ----------------- |

TOTAL

**EXHIBIT**
tabbies
**A**

WE AGREE TO MAKE AVAILABLE TO YOU AN INSTALLMENT PLAN AS DESCRIBED IN RULE 14 OF THE TEXAS AUTOMOBILE
RULES AND RATING MANUAL, EXCEPT WHEN AN INSTALLMENT PAYMENT PLAN IS PROHIBITED BY OTHER RULE OR STATUTE.

| | VEHICLES | ENDORSEMENTS | TAX/FEE | TOTAL PREMIUM | |
|---|---|---|---|---|---|
| TOTAL PREMIUMS | | | THEFT FUND | | KAREN PAUL |
| | | | $0.00 | | AUTHORIZED REPRESENTATIVE |
| DATE PRINTED | 05/30/14 | | | | SEE DECLARATION SECTION II FOR ADDITIONAL INFORMATION SEE REVERSE SIDE FOR IMPORTANT INFORMATION |

SM-484 TX (4-10)

THIS IS NOT A BILL

### IMPORTANT INFORMATION ON HOW TO REPORT A CLAIM
### BUCKLE UP AND DRIVE DEFENSIVELY

**One in five drivers** will have an accident this year.  We hope it is not you. However, if it happens, remember to get the following information from the other driver:

1.  Vehicle Owner's Name, Address, and Telephone Numbers
2.  Make and Model of Vehicle
3.  Car License Plate Number
4.  Driver's Name (if other than owner), Address, and Telephone Numbers
5.  Driver's License Number
6.  Insurance Company Name and Policy Number
7.  Owner's and Driver's Place of Employment
8.  Promptly File State Safety Responsibility Forms

**REMEMBER TO REPORT YOUR CLAIM TO AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY IMMEDIATELY (TOLL FREE) 1-800-333-2860**

### TEXAS AUTO THEFT PREVENTION FUND

NOTICE:  The Automobile Burglary and Theft Prevention Authority fee is payable in addition to the premium due under this policy.  This fee partially or completely reimburses the insurer, as permitted by 28 TAC §5.205, for the $2.00 fee per motor vehicle year required to be paid to the Automobile Burglary and Theft Prevention Authority under Vernon's Annotated Revised Civil Statutes of the State of Texas, Article 4413(37), §10, which was effective on June 6, 1991, and revised effective September 1, 2011.

SM-464B TX (10-13)



42-M-091-27M-3          ROBINSON, PHYLLIS & SYLVESTER          07-01-14

**DECLARATIONS, SECTION II PAGE** 1          **POLICY TERM:** 07-01-14 TO 01-01-15

**VEH. DR. #          RATING INFORMATION**

| 1 | 1 | DRIVER IS 45 YEARS OLD,MILEAGE IS LESS THAN 7,500,PLEASURE USE |
| 2 | 2 | DRIVER IS 45 YEARS OLD,MILEAGE IS LESS THAN 7,500,WORK USE 3-9 MILES |

**VEH. DR. #          OPERATOR INFORMATION**

| | | | | | AD | TOT DIS | ACCDT/CONV/INEXP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | PRINCIPAL | F MAR ROBINSON PHYLLIS | | N | N | O | O | O |
| 2 | 2 | PRINCIPAL | M MAR ROBINSON SYLVESTER | | N | N | O | O | O |

**VEH.          POLICY DISCOUNTS**

| 1 | COMP CLM FREE; PASV RST; PAC+; MULTI-CAR; |
| 2 | COMP CLM FREE; PASV RST; PAC+; MULTI-CAR; |

**VEH.          THIS POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS**

| 1,2 | MS2476 | 02-13 | CUSTOMIZED EQUIPMENT |
| 1,2 | MS405TX | 04-09 | PERSONAL AUTO POLICY |
| 1,2 | MS43 | 01-13 | TX AUTOMOBILE AMENDATORY |
| 1,2 | MS595 | 03-09 | REIM OF AUTO RENTAL EXPENSE |

**LOSS PAYEE(S)/ADDITIONAL INTEREST(S)**

| **VEHICLE: 1** | **VEHICLE: 2** |
|---|---|
| MBCC | FEDERAL BUILDING CREDIT UNION |
| PO BOX 685 | 167 N MAIN ST STE 1O2 |
| ROANOKE TX 76262-0685 | MEMPHIS TN 38IO3-I867 |
| LOSS PAYEE | LOSS PAYEE |

SM-183 (1-06)

**IMPORTANT POLICY INFORMATION**

#SM159 1011          #IA998 0212          #UM55  0901          #SA1088



ROBINSON, PHYLLIS & SYLVESTER
14200 HOBBY LN APT 14208
FORT WORTH  TX  76155-3564

**AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY**

**CUSTOMIZED EQUIPMENT ENDORSEMENT**

In consideration of the premium charged, we agree with the named insured, as follows:

I.   **We** will pay under **PART D – COVERAGE FOR DAMAGE TO YOUR AUTO** for stolen or damaged **customized equipment**.

The amount that **we** will pay for stolen or damaged **customized equipment**, will be the lesser of the **actual cash value** or the amount to repair or replace those parts, not to exceed the limit of liability shown on the Declarations.

II.  Under **PART D – COVERAGE FOR DAMAGE TO YOUR AUTO** the following revisions are made:

A.  Under **ADDITIONAL DEFINITIONS USED IN PART D ONLY** the following definition is added:

(5)  "**Customized Equipment**" means any custom furnishings, parts or equipment, which is permanently attached to **your insured car** or a **non-owned car** and common to its use.

**Customized Equipment** includes but is not limited to the following:

(a)  Special carpeting, insulation, furniture, or any interior customization;
(b)  Height-extending roofs, body modifications or any changes that alter the appearance of the vehicle;
(c)  Body, engine, exhaust or suspension enhancements intended to enhance the vehicle performance or appearance;
(d)  Winches or anti-roll bars or anti-sway bars;
(e)  Custom wheels, rims and tires;
(f)  Custom chrome, murals, paintwork or paint, decals, and other graphics;
(g)  Bed liners, truck toppers and camper shells, tonneau covers; and
(h)  Any video, electronic sound reproducing or transmitting equipment, and its component parts.

B.  Under **EXCLUSIONS**, the following revisions are made:

1.   Item (4) is deleted in its entirety.

2.   Item (15) is deleted in its entirety.

This endorsement is subject to the applicable **PART D – COVERAGE FOR DAMAGE TO YOUR AUTO** deductible. This is not an additional deductible.

All other provisions of the policy apply.

MS-2476 (2-13)

INTENTIONALLY
LEFT
BLANK

Authorized Representative

**MUTUAL COMPANY**
**PARTICIPATING**
**NONASSESSABLE**
**POLICY**

# TEXAS

# AUTOMOBILE

# POLICY

**AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY**

Home Office
One Moody Plaza
19th and Market Street, Room 829 (8th Floor)
Galveston, TX  77550-7999

Serviced by American National Property And Casualty Company

MS-405 TX (4-09)

**INDEX OF POLICY PROVISIONS**

Page Where Located

**POLICY AGREEMENT** — 1
**DUTIES IN CASE OF AN AUTO ACCIDENT OR LOSS** — 1 and 2
**DEFINITIONS USED THROUGHOUT THIS POLICY** — 2 and 3

**PART A – LIABILITY**
Bodily Injury and Property Damage Coverages — 3
Additional Payments — 3
Additional Definition Used in Part A Only — 3
Exclusions — 3 and 4
Conformity With State Financial Responsibility Laws — 4
Out-Of-State Insurance — 5
Limits of Liability — 5
Separate Application of This Insurance — 5
Other Insurance — 5

**PART B1 – EXPENSES FOR MEDICAL SERVICES**
Medical Payments Coverage — 5
Additional Definition Used In Part B1 Only — 5 and 6
Exclusions — 6
Payment of Medical Expenses — 6
Limits of Liability — 6
Other Insurance — 7

**PART B2 – PERSONAL INJURY PROTECTION**
Additional Definitions Used in Part B2 Only — 7
Exclusions — 7 and 8
Limit of Liability — 8
Other Insurance — 8
Other Provisions — 8
Payment of Personal Injury Protection Benefits — 8

**PART C – UNINSURED/UNDERINSURED MOTORISTS**
Uninsured/Underinsured Motorists Coverage — 8
Additional Definitions Used In Part C Only — 8 and 9
Exclusions — 9
Limits of Liability — 9 and 10
Other Insurance — 10

**PART D – COVERAGE FOR DAMAGE TO YOUR AUTO**
Other Than Collision — 10
Collision — 10
Special Restriction Applying to Collision Only — 10
Towing and Labor Costs — 10 and 11
Additional Payments — 11
Additional Definitions Used In Part D Only — 11
Exclusions — 11 and 12
Limits of Liability — 12
Loss Settlement — 12
Appraisal — 13
No Benefits to Bailee — 13
Other Insurance — 13

**PART E – GENERAL CONDITIONS**
Territory, Policy Period — 13
Premium — 13
Changes — 13
Two or More Cars Insured — 13
Suit Against Us — 13
Our Recovery Rights — 13 and 14
Assignment — 14
Bankruptcy — 14
Cancellation or Nonrenewal of This Policy — 14 and 15
Loss Payable Clause — 15
Conformity to Statutes — 15
Special Provisions — 15

MS-405 TX (4-09)

## TEXAS FAMILY AUTOMOBILE POLICY

### POLICY AGREEMENT

**We** agree to insure **you** subject to the terms of this policy.

This agreement is based on **our** reliance upon:

(1) the fact that the statements in the application, any change request, and the Declarations are **your** statements and are true. The contents of these documents are made a part of this policy by reference;

(2) the policy containing all of the agreements between **you** and **us** or any of **our** representatives; and

(3) **your** payment of the premium for the coverages **you** chose as shown in the Declarations. If any premium payment made by check or other negotiable instrument is not honored by the bank, no insurance is provided.

Unless otherwise shown on the Declarations page, **your** statements are as follows:

(1) **your insured car** is used only for pleasure or business use;

(2) **you** are the only owner of **your insured car**; and

(3) neither **you** nor any member of **your** household has had a license to drive or vehicle registration suspended, revoked, or refused in 36 months prior to the issuance of this policy.

---

## DUTIES IN CASE
## OF AN AUTO ACCIDENT
## OR LOSS

The following are duties **you** must perform. Failure to perform these duties may result in no coverage. These duties apply to every section of this policy.

(1) Notify **us** promptly. The notice must give the time, place, and circumstances of the accident or loss, including the names and addresses of injured persons and witnesses. If **we** show that **your** failure to provide notice prejudices our defense, there is no liability coverage under the policy.

(2) Cooperate with **us** and help **us** in any matter concerning a claim or suit. No obligations shall be assumed, expenses incurred or voluntary payments made by an **insured person** except at that person's own cost. Do not enter into an agreement with or admit liability to anyone if **you** want to use this policy for coverage.

(3) Send **us** promptly any legal papers received relating to a claim or suit.

(4) Submit to physical examinations at **our** expense by doctors **we** choose as often as **we** may reasonably require. **We** will send a copy of the report to **you** at **your** written request.

(5) Authorize **us** to obtain medical and other records which are reasonably related to the accident or injury. If the **insured person** is dead or unable to act, his or her legal representative shall authorize **us** to obtain this information.

(6) Provide any written proofs of loss **we** require.

(7) Let **us** record **your** statements and, at **our** option, submit to examinations under oath at times and places as often as **we** may reasonably require and sign copies of the examination. Also, produce employees, members of **your** household, or others for examination under oath to the extent it is within **your** power to do so.

(8) Produce and authorize **us** to examine any records, receipts, and invoices needed to investigate the loss. Permit **us** to copy such documents.

(9) Within 15 days after **we** receive your written notice of claim, we must:

(a) acknowledge receipt of the claim. If **our** acknowledgment of the claim is not in writing, we will keep a record of the date, method and content of **our** acknowledgment;

(b) begin investigation of the claim; and

(c) specify the information **you** must provide in accordance with items (2) through (8) above. **We** may request more information, if during the investigation of the claim such additional information is necessary.

(10) After **we** receive the information we request, we must notify **you** in writing whether the claim will be paid or has been denied or whether more information is needed:

(a) within 15 **business days**; or

(b) within 30 days if **we** have reason to believe the loss resulted from arson.

(11) If **we** do not approve payment of **your** claim or require more time for processing **your** claim, **we** must:

(a) give the reasons for denying **your** claim; or

(b) give the reasons **we** require more time to process **your** claim. But, **we** must either approve or deny **your** claim within 45 days after **our** requesting more time.

(12) In the event of a weather-related catastrophe or major natural disaster, as defined by the Texas Department of Insurance, the claim-handling deadlines as stated above are extended for an additional 15 days.

(13) Loss Payment:

(a) If we notify you that we will pay your claim, or part of your claim, we must pay within 5 **business days** after we notify you.

(b) If payment of your claim or part of your claim requires the performance of an act by you, we must pay within 5 **business days** after the date you perform the act.

(14) Notice of Settlement of Liability Claim:

(a) We will notify you in writing of any initial offer to compromise or settle a claim against you under the liability section of this policy. We will give you notice within 10 days after the date the offer is made.

(b) We will notify you in writing of any settlement of a claim against you under the liability section of this policy. We will give you notice within 30 days after the date of the settlement.

In addition, a person or organization claiming coverage under PART D – COVERAGE FOR DAMAGE TO YOUR AUTO must:

(1) Take reasonable steps after **loss** to protect the car and its equipment from further **loss**. We will pay reasonable expenses incurred in providing that protection. Further **loss** due to your failure to protect the car will not be covered.

(2) Promptly report the theft of the car or its equipment to the police.

(3) Allow us to inspect and appraise the damaged car before its repair or disposal.

An **insured person** claiming coverage under PART C – UNINSURED/UNDERINSURED MOTORISTS must notify the police promptly and us as soon as practical after the accident if a hit-and-run vehicle is involved.

## DEFINITIONS USED THROUGHOUT THIS POLICY

Some words or phrases in the policy have been defined below. Defined words or phrases are printed in bold type and have the following meanings, unless a different meaning is described in a particular coverage or endorsement.

(1) "You" and "your" mean the Policyholder named in the Declarations and spouse, if living in the same household.

(2) "We," "us" and "our" mean the Company providing this insurance.

(3) "Auto business" means the business or occupation of selling, repairing, leasing, servicing, storing, transporting, or parking cars.

(4) "Bodily injury" means bodily injury to a human being, and sickness, disease, or death which results from it.

(5) "Business day" means a day other than a Saturday, Sunday or holiday recognized by the state of Texas.

(6) "Insured" or "insured person" means the person, persons, or organization defined as an insured person in or with reference to a specific coverage.

(7) "Non-owned car" means a car, **utility vehicle**, or **utility trailer** not owned, in whole or in part, furnished or available for the regular use of either you, your spouse, or a **relative**. It does not include a **temporary substitute car**.

(8) "Occupying" means in, on, getting into, or out of.

(9) "Private passenger car" means a four-wheel car of the private passenger or station wagon type solely designed to carry persons and their luggage.

(10) "Property damage" means damage to tangible property, including loss of its use.

(11) "Relative" means a person living with you and related to you by blood, marriage, or adoption, including your ward or foster child, provided neither the relative nor the relative's spouse owns, in whole or in part, a car. This includes your spouse even when not a resident of your household during a period of separation in contemplation of divorce.

(12) "Temporary substitute car" means a car or **utility trailer** not owned by you or a **relative** being temporarily used with the owner's permission as a substitute for your **insured car** because of its withdrawal from normal use due to its breakdown, repair, servicing, loss, or destruction.

(13) "Utility vehicle" means a car used in a business or occupation other than farming or ranching, with a rated load capacity of 25,000 pounds or less of the pickup, van, or panel truck type.

(14) "Utility trailer" means a vehicle designed to be towed by a **private passenger car** and includes a farm wagon or farm implement while towed by a **private passenger car** or **utility vehicle**. It does not mean a home, office, store, or display trailer.

2                                      MS-405 TX (4-09)

(15) **"Your insured car"** means:

   (a) the car described in the Declarations for which a premium charge is shown;
   (b) a **temporary substitute car**;
   (c) a **utility trailer** owned by **you**;
   (d) a car **you** acquire during the policy period if it replaces a car described in the Declarations. **You** must notify **us** within 30 days of its acquisition and pay **us** any additional premium due;
   (e) a car **you** acquire during the policy period if it is an additional car and **we** insure all **private passenger cars** or **utility vehicles** owned by **you** on the date of **your** acquisition of the car. **You** must notify **us** during the policy period and within 30 days after the date of acquisition of **your** election to make this and no other policy issued by **us** applicable to the car and **you** must pay **us** any additional premium due.

---

# PART A – LIABILITY

## BODILY INJURY AND PROPERTY DAMAGE COVERAGES

**We** will pay damages for which an **insured person** becomes legally liable because of **bodily injury** or **property damage** resulting from the ownership, maintenance, or use of **your insured car** or a **non-owned car**. Damages include prejudgment interest awarded against an **insured person**. This coverage applies to any **utility trailer** while attached to or towed by **your insured car** or a **non-owned car**.

**We** will defend any suit for damages payable under the terms of this policy. **We** will investigate and settle any claim or suit as **we** think appropriate. **We** will not defend or settle after **our** limit of liability has been paid or deposited in court.

## ADDITIONAL PAYMENTS

**We** will pay in addition to **our** limit of liability:

(1) all costs **we** incur in the settlement of a claim or defense of a suit;
(2) interest on damages awarded in a suit **we** defend accruing after judgment is entered and before **we** have paid, offered to pay, or deposited in court that portion of the judgment which is not more than **our** limit of liability;
(3) to the extent herein provided, premiums on appeal and attachment bonds required in a suit **we** defend. **We** will not pay the premium for an attachment bond that is more than **our** limit of liability. On appeal bonds, **we** will pay

that part of the premium that **our** applicable limit of liability bears to the amount of the bond; for example, if **our** applicable limit of liability is $10,000 and the amount of the bond is $100,000 **we** will pay 1/10th of the premium. **We** have no duty to apply for or furnish bonds;
(4) up to $250 for an **insured person** for a bail bond required due to an accident related traffic law violation resulting in **bodily injury** or **property damage** covered by this Part. **We** have no duty to apply for or furnish a bond;
(5) loss of earnings up to $200 a day, but not other income, when **we** ask an **insured person** to help **us** investigate or defend any claim or suit;
(6) expenses incurred by the **insured person** for first aid to others at the time of the accident because of **bodily injury** covered by this Part; and
(7) any other reasonable expenses incurred at **our** request.

## ADDITIONAL DEFINITION USED IN PART A ONLY

As used in this Part, **"insured person"** means:

(1) with respect to **your insured car**:

   (a) **you** or a **relative**;
   (b) a person using **your insured car** if its use is within the scope of **your** permission;

(2) with respect to a **non-owned car**, **you** or a **relative**, provided the use is with the permission of the owner, and within the scope of such permission.

## EXCLUSIONS

There is no coverage under PART A – LIABILITY:

(1) while any vehicle is used to carry persons or property for a charge. This exclusion does not apply to shared-expense car pools.

   However, coverage does apply to **you** and a **relative** unless the primary usage of the vehicle is to carry property for a fee;

(2) for **bodily injury** or **property damage** for which a person is an **insured person** under a nuclear energy liability insurance policy. This exclusion applies even if the limits of that policy are exhausted. A nuclear energy liability policy is a policy issued by any of the following or their successors:

   (a) American Nuclear Insurers;
   (b) Mutual Atomic Energy Liability Underwriters; or

(c)  Nuclear Insurance Association of Canada;

(3)  for **bodily injury** to an employee of an **insured person** arising in the course of employment by an **insured person**. Coverage does apply to a domestic employee unless benefits are payable or are required to be provided for that employee under a workers' compensation law;

(4)  for **bodily injury** to a fellow employee of an **insured person** injured while on the job if the injury arises out of the use of a vehicle by another employee in the employer's business. This exclusion does not apply to **your** liability for such injury;

(5)  while **your insured car** is used by any person while employed or engaged in any way in an **auto business**.  Coverage does apply for **you**, a **relative**, or any partner or employee of **you** or a **relative**, with respect to the operation of **your insured car** in the **auto business**;

(6)  while a **non-owned car** is used:

(a)  in an **auto business**;
(b)  in any other business or occupation of an **insured person**.  This coverage does apply to a **private passenger car** covered under this policy while operated or occupied by **you** or **your** domestic employee;

(7)  for **property damage** to property:

(a)  owned in whole or in part or being transported by an **insured person**;
(b)  rented to, used by, or in the care of an **insured person**.

This exclusion does not apply to **property damage** to:

(i)  a residence or private garage; or
(ii)  a private passenger auto, **utility trailer**, or pickup or van not owned by or furnished or available for the regular use of **you** or a **relative**.

However, exclusion (7)(b) does apply to a loss due to or as a consequence of a seizure of an auto listed in (7)(b)(ii) by a federal or state law enforcement officers as evidence in a case against **you** under the Texas Controlled Substances Act or the federal Controlled Substances Act if **you** are convicted in such case;

(8)  for **bodily injury** or **property damage** resulting from the ownership, maintenance or use of a motorized vehicle with less than four wheels;

(9)  for **bodily injury** or **property damage** resulting from the ownership, maintenance or use of a vehicle, other than **your insured car**, which is owned by or furnished or available for regular use by **you** or a **relative**.

However, this exclusion does not apply to **your** maintenance or use of any vehicle which is:

(a) owned by a **relative**; or
(b) furnished or available for the regular use of a **relative**;

(10)  for **bodily injury** to any **insured person** or any member of **your** family living with **you** except to the extent of the minimum limits of liability coverage required by the financial responsibility law;

(11)  for **bodily injury** or **property damage** for which the United States might be liable for an **insured person's** use of any vehicle;

(12)  for **bodily injury** or **property damage** caused intentionally by or at the direction of any **insured person** even if the actual injury or damage is different than that which was expected or intended.  This exclusion does not apply to an innocent **insured person** who did not cooperate in or contribute to the creation of the loss;

(13)  for liability assumed by an **insured person** under any contract or agreement;

(14)  when a **utility trailer** is used with a vehicle owned or rented by an **insured person** which is not covered under this Part;

(15)  while any insured vehicle is rented, leased, or subleased.

However, this exclusion does not apply if **you** or a **relative** lends **your insured car** to another for reimbursement of operating expenses only;

(16)  while an insured vehicle is under any purchase agreement or conditional sale to others;

(17)  for **bodily injury** or **property damage** which occurs while participating in the commission of a felony or while attempting to elude arrest by a law enforcement official; or

(18)  for **bodily injury** or **property damage** resulting from the use of **your insured car** in or in preparation for, any race, speed contest, hill climbing exhibition, or any other contest or demonstration.

## CONFORMITY WITH STATE FINANCIAL RESPONSIBILITY LAWS

When **we** certify this policy as proof under a state financial responsibility law, it will comply with that law to the extent of the coverage and limits of liability required by that law.

4

MS-405 TX (4-09)

### OUT-OF-STATE INSURANCE

If an **insured person** becomes subject to the financial responsibility law, compulsory insurance law, or similar laws of another state or Canada because of the ownership, maintenance, or use of **your insured car** in that state, we will interpret this policy to provide any broader coverage required by those laws. Any broader coverage so afforded shall be reduced to the extent that other auto liability insurance applies. No person may, in any event, collect more than once for the same elements of loss.

### LIMITS OF LIABILITY

The limits of liability shown in the Declarations apply subject to the following:

(1) the **bodily injury** liability limit for "each person" is the maximum **we** will pay as damages for **bodily injury**, including damages for care and loss of services or consortium to one person in one accident;
(2) subject to the **bodily injury** liability limit for "each person," the **bodily injury** liability limit for "each accident" is the maximum **we** will pay as damages for **bodily injury** including damages for care and loss of services or consortium to two or more persons in one accident; and
(3) the **property damage** liability limit for "each accident" is the maximum **we** will pay for all damages to property in one accident.

All **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one accident.

**We** will pay no more than these maximums regardless of the number of vehicles described in the Declarations, **insured persons**, claims, claimants, policies, or vehicles involved in the accident. Any amount payable under this coverage to or for an injured person will be reduced by any payment made to that person under the Personal Injury Protection Coverage or Uninsured/Underinsured Motorists Coverage of this policy.

### SEPARATE APPLICATION OF THIS INSURANCE

This insurance applies separately to each **insured person** against whom a claim is made or suit is brought, except with respect to the limits of **our** liability.

### OTHER INSURANCE

If there is other applicable auto liability insurance on a loss covered by this Part, **we** will pay **our**

proportionate share as **our** limits of liability bear to the total of all applicable liability limits. Insurance afforded under this Part for a **non-owned car** or **temporary substitute car** is excess over any other collectible auto liability insurance.

There is no coverage under this Part for a car **you** acquire during the policy period if there is other vehicle liability coverage on the newly acquired car.

---

# PART B1 – EXPENSES FOR MEDICAL SERVICES

### MEDICAL PAYMENTS COVERAGE

**We** will pay reasonable medical expenses actually incurred by an **insured person** because of **bodily injury** caused by accident. These expenses must be incurred within three years from the date of the accident. Reasonable medical expenses include expenses for necessary medical, surgical, X-ray, ambulance, hospital, professional nursing, funeral, dental, eyeglasses, hearing aids, and prosthetic devices.

Reasonable medical expenses do not include expenses:

(1) for treatment, services, products, or procedures that are:

    (a) experimental in nature, for research, or not primarily designed to serve a medical purpose; or
    (b) not commonly and customarily recognized throughout the medical profession and within the United States as appropriate for the treatment of the **bodily injury**;

(2) incurred for:

    (a) the use of thermography or other related procedures of similar nature;
    (b) the use of acupuncture or other related procedures of a similar nature; or
    (c) the purchase or rental of equipment not primarily designed to serve a medical purpose.

### ADDITIONAL DEFINITION USED IN PART B1 ONLY

As used in this Part, **"insured person"** means:

(1) **You** or a **relative** for **bodily injury** sustained:

    (a) while **occupying your insured car**;

(b) while **occupying** a **non-owned car** if the use is with the permission of the owner, and within the scope of such permission; or

(c) when struck as a pedestrian by a motor vehicle or trailer. A pedestrian means a person who is not an occupant of a motor vehicle or trailer.

(2) Any other person for **bodily injury** sustained while **occupying your insured car** while being used by **you**, a **relative**, or another person if that person has **your** permission to use **your insured car** and the use is within the scope of such permission.

## EXCLUSIONS

There is no coverage under PART B1 – EXPENSES FOR MEDICAL SERVICES for **bodily injury** to a person:

(1) **occupying your insured car** while being used to carry persons or property for a charge. This exclusion does not apply to shared-expense car pools.

However, coverage does apply to **you** and a **relative** unless the primary usage of the vehicle is to carry property for a fee;

(2) while **occupying** or through being struck by a vehicle:

(a) designed mainly for use off public roads while off public roads;
(b) located for use as a residence or premises; or
(c) that runs on rails or crawler-treads;

(3) **occupying** a motorized vehicle with less than four wheels;

(4) **occupying** or when struck by a vehicle, other than **your insured car**, which is owned by or furnished or available for regular use by **you** or a **relative**. This exclusion does not apply to **you**;

(5) other than **you** or a **relative**, resulting from the use of a **non-owned car** in:

(a) an **auto business**; or
(b) any other business or occupation of an **insured person**.

Exclusion (5) (b) does not apply to a **private passenger car** covered under this policy while operated or occupied by **you** or **your** domestic employee;

(6) occurring in the course of employment if benefits are payable or must be provided under a workers' compensation law or similar law;

(7) caused by war (declared or undeclared), civil war, insurrection, rebellion, revolution, nuclear reaction, radiation or radioactive contamination, or a consequence of any of these;

(8) caused intentionally by or at the direction of any **insured person** even if the actual injury or damage is different than that which was expected or intended. This exclusion does not apply to an innocent **insured person** who did not cooperate in or contribute to the creation of the loss;

(9) while any insured vehicle is rented, leased, or subleased.

However, this exclusion does not apply if **you** or a **relative** lends **your insured car** to another for reimbursement of operating expenses only;

(10) while any insured vehicle is under any purchase agreement or conditional sale to others;

(11) for **bodily injury** which occurs while participating in the commission of a felony or while attempting to elude arrest by a law enforcement official; or

(12) for **bodily injury** resulting from the use of **your insured car** in or in preparation for, any race, speed contest, hill climbing exhibition, or any other contest or demonstration.

## PAYMENT OF MEDICAL EXPENSES

Payments for medical expenses will be paid directly to a physician or other health care provider if we receive a written assignment signed by the **insured person** to whom such benefits are payable.

## LIMITS OF LIABILITY

Regardless of the number of vehicles described in the Declarations, **insured persons**, claims, policies, or vehicles involved in the accident, **we** will pay no more than the limit of liability shown for this coverage in the Declarations for each person injured in one accident. However, if the limit of liability stated in the Declarations is more than $2,000 for "each person," **our** limit of liability for funeral expense incurred for such "person" shall not exceed $2,000.

Any amount paid or payable for medical expenses under the Liability or Uninsured/Underinsured Motorists Coverage of this policy shall be deducted from the amounts payable under this Part.

No payment will be made unless the injured person or that person's legal representative agrees in writing that any payment shall be applied toward any settlement or judgment that person receives under the Liability or Uninsured/Underinsured Motorists Coverage provided by this policy.

MS-405 TX (4-09)

**OTHER INSURANCE**

(1) No **insured person** for whom medical expenses are payable under this Part shall recover more than once for the same medical expense under this or similar vehicle insurance.

(2) If two or more policies issued by **us** to **you** or a **relative** provide medical payments coverage and apply to the same **bodily injury** sustained:

    (a) while **occupying** a **non-owned car**, or a **temporary substitute car**; or

    (b) as a pedestrian,

the total limits of liability under all such policies shall not exceed that of the policy with the highest limit of liability.

(3) Subject to items (1) and (2) above:

    (a) if a **temporary substitute car**, **non-owned car**, or **utility trailer** has other medical payments coverage on it; or

    (b) if other medical payments coverage applies to **bodily injury** sustained by a pedestrian,

this coverage is excess.

(4) There is no coverage under this Part for a car **you** acquire during the policy period if there is other medical payments coverage on the newly acquired car.

# PART B2 – PERSONAL INJURY PROTECTION

**We** will pay Personal Injury Protection benefits because of **bodily injury** sustained by an **insured person** resulting from a motor vehicle accident. **Our** payment will only be for losses or expenses incurred within three years from the date of accident.

Personal Injury Protection benefits consist of:

(1) Reasonable expenses incurred for necessary medical and funeral services.

(2) Eighty percent of an **insured person's** loss of income from employment. These benefits apply only if, at the time of the accident, the **insured person**:

    (a) was an income producer; and

    (b) was in an occupational status.

These benefits do not apply to any loss after the **insured person** dies.

Loss of income is the difference between:

    (a) income which would have been earned had the **insured person** not been injured; and

    (b) the amount of income actually received from employment during the disability.

If the income being earned as of the date of accident is a salary or fixed remuneration, it shall be used in determining the amount of income which would have been earned. Otherwise, the average monthly income earned during the period (not more than 12 months) preceding the accident shall be used.

(3) Reasonable expenses incurred for obtaining services. These services must replace those an **insured person** would normally have performed:

    (a) without pay;

    (b) during a period of disability; and

    (c) for the care and maintenance of the family or household.

These benefits apply only if, at the time of the accident, the **insured person**:

    (a) was not an income producer; and

    (b) was not in an occupational status.

The benefits do not apply to any loss after the **insured person** dies.

**ADDITIONAL DEFINITION USED IN PART B2 ONLY**

As used in this Part, **"insured person"** means:

(1) **You** or a **relative**:

    (a) while **occupying**; or

    (b) when struck by,

a motor vehicle designed for use mainly on public roads or a **utility trailer** of any type.

(2) Any other person while **occupying your insured car** with **your** permission.

**EXCLUSIONS**

There is no coverage under PART B2 – PERSONAL INJURY PROTECTION for any person for **bodily injury** sustained:

(1) in an accident caused intentionally by that person;

(2) by that person while in the commission of a felony;

(3) by that person while attempting to elude arrest by a law enforcement official;

(4) while **occupying**, or when struck by, any motor vehicle, other than **your insured car**, which is owned by **you**; or

(5) by a **relative** while **occupying**, or when struck by any motor vehicle, other than **your insured car**, which is owned by a **relative**.

## LIMIT OF LIABILITY

The limit of liability shown in the Declarations for this coverage is **our** maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

(1) **insured persons**;

(2) claims made;

(3) vehicles or premiums shown in the Declarations; or

(4) vehicles involved in the accident.

## OTHER INSURANCE

If there is other Personal Injury Protection Insurance, **we** will pay only **our** share. **Our** share is the proportion that **our** limit of liability bears to the total of all applicable limits. However, any insurance **we** provide with respect to a vehicle **you** do not own shall be excess over any other collectible Personal Injury Protection insurance.

## OTHER PROVISIONS

(1) **Loss Payments**. Benefits are payable:

(a) not more frequently than every two weeks; and

(b) within 30 days after satisfactory proof of claim is received.

(2) **Modification**. The General Conditions part of this policy entitled "Our Recovery Rights" does not apply to this coverage.

## PAYMENT OF PERSONAL INJURY PROTECTION BENEFITS

Payments for Personal Injury Protection benefits will be paid directly to a physician or other health care provider if **we** receive a written assignment signed by the **insured person** to whom such benefits are payable.

# PART C – UNINSURED/ UNDERINSURED MOTORISTS

## UNINSURED/UNDERINSURED MOTORISTS COVERAGE

**We** will pay damages which an **insured person** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury** sustained by an **insured person**, or **property damage**, caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a suit brought without **our** consent is not binding on **us**. If **we** and **you** do not agree as to whether or not a vehicle is actually uninsured, the burden of proof as to that issue shall be on **us**.

## ADDITIONAL DEFINITIONS USED IN PART C ONLY

As used in this Part:

(1) **"Insured person"** means:

(a) **you** or a **relative**;

(b) any other person **occupying your insured car** if such use is within the scope of **your** permission; and

(c) any person who is entitled to recover damages because of **bodily injury** to **you**, a **relative**, or another occupant of **your insured car**.

(2) **"Property damage"** means injury to, destruction of or loss of use of:

(a) **your insured car**, not including a **temporary substitute car**;

(b) any property owned by a person listed in (1)(a) or (1)(b) of **insured person** while contained in **your insured car**; or

(c) any property owned by **you** or a **relative** while contained in any auto not owned, but being operated, by **you** or a **relative**.

(3) **"Uninsured motor vehicle"** means a land motor vehicle or trailer of any type:

(a) to which no liability bond or policy applies at the time of the accident;

(b) which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

    (i) **you** or a **relative**;
    (ii) a vehicle which **you** or a **relative** are **occupying**; or
    (iii) **your insured car**;

(c) to which a liability bond or policy applies at the time of the accident but the bonding or insuring company;

    (i) denies coverage; or
    (ii) is or becomes insolvent; or

(d) which is an underinsured motor vehicle. An underinsured motor vehicle is one to which a liability bond or policy applies at the time of the accident but its limit of liability either:

    (i) is not enough to pay the full amount the **insured person** is legally entitled to recover as damages; or
    (ii) has been reduced by payment of claims to an amount which is not enough to pay the full amount the **insured person** is legally entitled to recover as damages.

However, "**uninsured motor vehicle**" does not include any vehicle or equipment:

(a) owned by or furnished or available for the regular use of **you** or a **relative**;
(b) owned or operated by a self-insurer under any applicable motor vehicle law;
(c) owned by any governmental body unless:

    (i) the operator of the vehicle is uninsured; and
    (ii) there is no statute imposing liability for damage because of **bodily injury** or **property damage** on the governmental body for an amount not less than the limit of liability for this coverage;

(d) operated on rails or crawler treads;
(e) designed mainly for use off public roads while not on public roads; or
(f) while located for use as a residence or premises.

## EXCLUSIONS

We do not provide coverage under PART C – UNINSURED/UNDERINSURED MOTORISTS for any person:

(1) for **bodily injury** sustained while **occupying**, or when struck by, any motor vehicle or **utility trailer** of any type owned by **you** or a **relative** which is not insured for this coverage under this policy;
(2) if that person or the legal representative settles the claim without **our** written consent;
(3) when **your insured car** is:

    (a) being used to carry persons or property for a charge. This exclusion does not apply to shared-expense car pools.

    However, coverage does apply to **you** and a **relative** unless the primary usage of the vehicle is to carry property for a fee;

    (b) rented or subleased to another.

    However, this exclusion does not apply if **you** or a **relative** lends **your insured car** to another for reimbursement of operating expenses only;

(4) for the first $250 of the amount of damage to the property of that person as the result of any one accident;
(5) for **bodily injury** or **property damage** resulting from the intentional acts of that person;
(6) while an insured vehicle is under any purchase agreement or conditional sale to others;
(7) for **bodily injury** or **property damage** which occurs while participating in the commission of a felony or while attempting to elude arrest by a law enforcement official; or
(8) for **bodily injury** or **property damage** resulting from the use of **your insured car** in or in preparation for, any race, speed contest, hill climbing exhibition, or any other contest or demonstration.

This coverage shall not apply directly or indirectly to benefit:

(1) any insurer or self-insurer under any workers' compensation, disability benefits or similar law;
(2) any insurer of property.

## LIMITS OF LIABILITY

The limits of liability shown in the Declarations apply, subject to the following:

(1) the limit for "each person" is the maximum we will pay as damages for **bodily injury**, including damages for care and loss of services or consortium, to one person in one accident;

MS-405 TX (4-09)            

(2)  subject to the limit for "each person," the limit for "each accident" is the maximum we will pay as damages for **bodily injury**, including damages for care and loss of services or consortium, to two or more persons in one accident; and

(3)  subject to the limit for "each accident" for **property damage** liability is **our** maximum limit of liability for all damages to all property resulting from any one motor vehicle accident.

This is the most **we** will pay regardless of the number of:

(1)  **insured persons**;
(2)  claims made;
(3)  policies or bonds applicable;
(4)  vehicles or premiums shown in the Declarations; or
(5)  vehicles involved in the accident.

Subject to this maximum, **our** limits of liability will be the lesser of:

(1)  the difference between the amount of an **insured person's** damages for **bodily injury** or **property damage** and the amount paid or payable to that **insured person** for such damages, by or on behalf of persons or organizations who may be legally responsible; and

(2)  the applicable limit of liability for this coverage.

In order to avoid insurance benefits payments in excess of actual damages sustained, subject only to the limits set out in the Declarations and other applicable provisions of this coverage, **we** will pay all covered damages not paid or payable under any workers' compensation law, disability benefits law, any similar law, auto medical expense coverage or Personal Injury Protection coverage.

Any payment under this coverage to or for an **insured person** will reduce any amount that person is entitled to recover for the same damages under the Liability Coverage of this policy.

### OTHER INSURANCE

If there is other applicable similar insurance **we** will pay only **our** share of the loss. **Our** share is the proportion that **our** limit of liability bears to the total of all applicable limits. However, any insurance **we** provide with respect to a vehicle **you** do not own shall be excess over any other collectible insurance.

For any **property damage** to which PART D – COVERAGE FOR DAMAGE TO YOUR AUTO of this policy or similar coverage from another policy,

and this coverage both apply, **you** may choose the coverage from which damages will be paid. **You** may recover under both coverages, but only if:

(1)  neither one by itself is sufficient to cover the loss;
(2)  **you** pay the higher deductible amount, but **you** do not have to pay both deductibles; and
(3)  **you** will not recover more than the actual damages.

---

# PART D – COVERAGE FOR DAMAGE TO YOUR AUTO

### OTHER THAN COLLISION

**We** will pay for **loss** to **your insured car**, except **loss** caused by collision or upset, less any applicable deductibles. **Loss** caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, riot or civil commotion, impact with a bird or animal, or breakage of glass is payable under this coverage.

### COLLISION

**We** will pay for **loss** to **your insured car** caused by collision between it and another object or its upset, less any applicable deductibles.

The first $200 of the deductible amount will not apply to **loss** caused by a collision of **your insured car** with a non-owned car insured by **us**.

### SPECIAL RESTRICTION APPLYING TO COLLISION ONLY

**We** will not pay for loss to **your insured car** caused by collision if the operator of **your insured car** is a licensed driver who resides with **you** and is not listed on the Declarations as a driver. This restriction shall not apply if **you** notify **us** within 90 days after the date the driver becomes licensed or begins living with **you**.

This restriction shall not apply to the interests of the lessor or lienholder shown on the Declarations.

### TOWING AND LABOR COSTS OR WINDSHIELD REPAIR

**We** agree to pay up to the amount shown in the Declarations for:

a.  towing and labor costs incurred each time **your insured car** is disabled; or
b.  windshield repairs which do not require replacement of the glass.

MS-405 TX (4-09)

The labor for towing and labor costs must be performed at the place of disablement. The towing of **your insured car** when it is disabled must be to the nearest location where the required repairs can be made.

## ADDITIONAL PAYMENTS

(1) **We** will reimburse **you** for transportation costs if **your insured car** covered by PART D – COVERAGE FOR DAMAGE TO YOUR AUTO is stolen. Transportation costs shall not exceed $25 per day. The payment period begins 48 hours after **you** tell **us** of the theft and notify the police. The period ends when:

    (a) **we** offer to pay for the **loss**;
    (b) **your insured car** is returned to use; or
    (c) **we** have paid $750, whichever occurs first.

(2) **We** will pay up to $100 for **loss** caused by fire, lightning, or theft to clothes and other personal effects owned by **you** or a **relative**. Such items must be in or upon **your insured car**, and OTHER THAN COLLISION must be carried on **your insured car**. If **loss** is due to theft, **your** entire car must be stolen. The most **we** will pay in any one occurrence is $100 even though more than one person has a **loss**. This coverage is excess over any other coverage.

## ADDITIONAL DEFINITIONS USED IN PART D ONLY

As used in this Part:

(1) **"Actual cash value"** means the amount which it would cost to repair or replace covered property with material of like kind and quality, less allowance for physical deterioration and depreciation.
(2) **"Diminution in value"** means the actual or perceived loss in market or resale value which results from a direct and accidental loss.
(3) **"Insured person"** means:

    (a) with respect to **your insured car**:

        (i) **you** or a **relative**; and
        (ii) a person or organization using **your insured car** if its use is within the scope of **your** permission.

    (b) with respect to a **non-owned car**:

        (i) **you** or a **relative**, provided the use is with the permission of the owner, and within the scope of such permission.

(4) **"Loss"** means direct and accidental loss of or damage to **your insured car**, including its permanently installed equipment.

## EXCLUSIONS

**We** do not cover **loss**:

(1) to any vehicle while it is:

    (a) being used to carry persons for a fee. This exclusion does not apply to shared-expense car pools;
    (b) being used to carry property for a fee. This exclusion does not apply to **you** and a **relative** unless the primary usage of the vehicle is to carry property for a fee; or
    (c) being rented, leased, or subleased to another. This exclusion does not apply if **you** or a **relative** lends **your insured car** to another for reimbursement of operating expenses only;

(2) caused by war (declared or undeclared), civil war, insurrection, rebellion, revolution, nuclear reaction, radiation or radioactive contamination, or any consequence of any of these;
(3) to tapes, discs, or similar items used with sound or video recording or reproducing equipment;
(4) to stereos, radios, and other sound or video reproducing equipment. This exclusion does not apply if the equipment is permanently installed in **your insured car**;
(5) to any of the following or their accessories:

    (a) citizens band radio;
    (b) two-way mobile radio;
    (c) telephone;
    (d) scanning monitor receiver; or
    (e) any device or instrument used for detection of radar or other speed measuring equipment.

    This exclusion does not apply if the equipment is permanently installed in the opening of the dash or console of **your insured car**. This opening must be normally used by the auto manufacturer for the installation of a radio;

(6) to a camper body or **utility trailer** owned by **you** or a **relative** and not described in the Declarations. Coverage does apply to a camper body or **utility trailer you** acquire during the policy period if **you** ask **us** to insure within 30 days after **you** become the owner;

(7) due to or as a consequence of seizure of **your insured car** by federal or state law enforcement officers as evidence in a case against **you** by the Texas Controlled Substances Act or the federal Controlled Substances Act if **you** are convicted in such case;

(8) due and limited to wear and tear, freezing, mechanical or electrical breakdown or failure, unless the **loss** is caused by theft covered by this policy;

(9) to tires unless caused by theft, fire, or vandalism or unless other **loss** covered by this Part happens at the same time;

(10) to a **non-owned car** when used in an **auto business**;

(11) to **your insured car** due to conversion, embezzlement or secretion by any person in possession of the car;

(12) to any vehicle due to taking by any governmental authority;

(13) to any insured vehicle which is under any purchase agreement or conditional sale to others;

(14) caused intentionally by or at the direction of any **insured person** even if the actual damage is different than that which was expected or intended. This exclusion does not apply to an innocent **insured person** who did not cooperate in or contribute to the creation of the loss;

(15) to any custom furnishing or equipment in or upon any pickup, panel truck or van. Custom furnishings or equipment include but are not limited to:

    (a) special carpeting and insulation, furniture or bars;
    (b) height-extending roofs; or
    (c) custom murals, paintings or other decals or graphics.

This exclusion does not apply if the value of the custom furnishings or equipment has been reported to us prior to a **loss** and included in the premium for this coverage;

(16) to **your insured car** in or in preparation for any race, speed contest, or any other contest, exhibition or demonstration of speed or power;

(17) to any vehicle while used as a **temporary substitute car** for a vehicle **you** own which is out of normal use because of its:

    (a) breakdown;
    (b) repair;
    (c) servicing
    (d) loss; or
    (e) destruction;

(18) to television antennas, awnings or cabanas, or equipment designed to create additional living facilities when in or upon any **utility trailer** or motor home; or

(19) to **your insured car** or an **non-owned car** due to **diminution in value**.

## LIMITS OF LIABILITY

**Our** limit of liability for **loss** shall not exceed:

(1) the lesser of:

    (a) the **actual cash value** of the stolen or damaged property; or
    (b) the amount necessary to repair or replace the property;

(2) $500 for a **utility trailer** not owned by **you** or a **relative**; or

(3) $1,500 for equipment listed in Exclusion (4).

The cost of repair or replacement is based upon one of the following:

(1) the cost of repair or replacement agreed upon by **you** and **us**;

(2) a competitive bid approved by **us**; or

(3) an estimate written based upon the prevailing competitive price. The prevailing competitive price means prices charged by a majority of the repair market in the area where the car is to be repaired as determined by a survey made by **us**. If **you** ask, **we** will identify some facilities that will perform the repairs at the prevailing competitive price. **We** will include in the estimate parts sufficient to restore the vehicle to its preloss condition. **You** agree with **us** that such parts may include either parts furnished by the vehicle's manufacturer or parts from other sources including nonoriginal equipment manufacturers.

Any deductible amount that applies is then subtracted.

## LOSS SETTLEMENT

**We** may pay the **loss** in money or repair or replace damaged or stolen property. If the repair or replacement results in better than like kind and quality, **you** must pay for the amount of betterment. **We** may, at any time before the **loss** is paid or the property is replaced, return at **our** expense, any stolen property either to **you** or to the address shown in the Declarations, with payment for any covered damage. **We** may keep all or part of the property at the agreed or appraised value, but there will be no abandonment to **us**.

MS-405 TX (4-09)

**APPRAISAL**

If **we** and **you** do not agree on the amount of **loss**, either may demand an appraisal of the **loss**. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the **actual cash value** and the amount of **loss**. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser and bear the expenses of the appraisal and umpire equally. We do not waive any of **our** rights under this policy by agreeing to an appraisal.

**NO BENEFITS TO BAILEE**

This insurance shall not in any way benefit any person or organization caring for or handling property for a fee.

**OTHER INSURANCE**

If there is other applicable similar insurance on a **loss** covered by this Part, **we** will pay **our** proportionate share as **our** limits of liability bear to the total limits of all applicable similar insurance.

There is no coverage under this part for a car **you** acquire during the policy period if there is other car damage coverage on the newly acquired car.

For any **loss** to which Uninsured/Underinsured Motorists Coverage, from this or any other policy, and this coverage both apply, **you** may choose the coverage from which damages will be paid. **You** may recover under both coverages, but only if:

(1) neither one by itself is sufficient to cover the **loss**;
(2) **you** pay the higher deductible amount, but **you** do not have to pay both deductibles; and
(3) **you** will not recover more than the actual damages.

---

# PART E – GENERAL CONDITIONS

1. **TERRITORY, POLICY PERIOD**

   This policy applies only to accidents and losses within the United States, its territories or possessions, or Canada, or between their ports, during the policy period shown in the Declarations. The policy period is shown under "Policy Term" in the Declarations and is for successive periods of six months each for which the renewal premium is paid.

Payments must be made on or before the end of the current policy period. The policy period begins and ends at 12:01 a.m. Standard Time at the address shown in the Declarations.

2. **PREMIUM**

   The premium for this policy is computed in accordance with our rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded.

3. **CHANGES**

   This policy and the Declarations include all the agreements between **you** and **us** or any of **our** agents relating to this insurance. No change or waiver may be effected in this policy except by endorsement issued by **us**. If a premium adjustment is necessary **we** will make the adjustment as of the effective date of the change. When **we** broaden **your** coverage during the policy period without charge, the policy will automatically provide the broadened coverage when effective in **your** state.

4. **TWO OR MORE CARS INSURED**

   With respect to an accident or occurrence to which this and any other auto policy **we** issue to **you** applies, the total limit of **our** liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

5. **SUIT AGAINST US**

   **We** may not be sued unless there is full compliance with all the terms of this policy. **We** may not be sued under the Liability Coverage until the obligation of an **insured person** to pay is finally determined either by judgment against that person after actual trial, and appeal if any, or by written agreement between the **insured person** and **us**. No one shall have any right to make **us** a party to a suit to determine the liability of an **insured person**.

6. **OUR RECOVERY RIGHTS**

   **We** are entitled to all the rights of recovery that the person or organization to whom payment was made has against another. That person or organization must sign and deliver to **us** any legal papers relating to that recovery, do whatever else is necessary to help **us** exercise those rights, and do nothing after loss to harm **our** rights. A release of the insurer of an underinsured motor vehicle does not prejudice **our** rights.

When a person has been paid damages by **us** under this policy and also recovers from another, the amount recovered from the other shall be held by that person in trust for **us** and reimbursed to **us** to the extent of **our** payment. However, **we** may not claim the amount recovered from an insurer of any underinsured motor vehicle.

**We** are to be repaid **our** payments, costs and fees of collection out of any recovery.

7.   **ASSIGNMENT**

Interest in this policy may not be assigned without **our** written consent.  If **you** die, the policy will cover:

(1) the surviving spouse if living with **you** at the time of death;
(2) the legal representative while acting within the scope of duties of a legal representative.

Coverage will be provided until the end of the policy period.

8.   **BANKRUPTCY**

Bankruptcy or insolvency of an **insured person** or of the estate of an **insured person** shall not relieve **us** of **our** obligations.

9.   **CANCELLATION OR NONRENEWAL OF THIS POLICY**

**You** may cancel this policy by returning it to **us** or by advising **us** in writing when at a future date the cancellation is to be effective.

**We** may cancel by mailing notice of cancellation to **you** at the address shown in the Declarations or by delivering the notice at least 10 days prior to the effective date of cancellation.

After this policy is in effect for 60 days or if this is a renewal or continuation policy, **we** will cancel only:

(1) if **you** submit a fraudulent claim;
(2) for nonpayment of premium; or
(3) if **your** driver's license or motor vehicle registration or that of:

  (a) any driver who lives with you; or
  (b) any driver who customarily uses **your insured car**

has been suspended or revoked. However, **we** will not cancel if **you** consent to the attachment of an endorsement eliminating coverage when

**your insured car** is being operated by the driver whose license has been suspended or revoked.

**We** may not cancel this policy based solely on the fact that **you** are an elected official.

**We** will mail to **you** at the address shown in the Declarations or deliver to **you** notice of nonrenewal not less than 30 days before the end of the policy period, if **we** decide not to renew or continue this policy.   If the policy period is other than one year, **we** will have the right not to renew or continue it only at each anniversary of its original effective date. **We** will not refuse to renew because of an **insured person's** age. **We** may not refuse to renew this policy based solely on the fact that **you** are an elected official.

If other insurance is obtained by **you** on **your insured car**, similar insurance afforded under this policy for that car will cease on the effective date of the other insurance. This policy will automatically terminate at the end of the policy period if **you** or **your** representative do not accept **our** offer to renew or continue it. **Your** failure to pay the required continuation or renewal premium means that **you** have declined **our** offer.

If **your** policy terminates due to nonpayment of premium, **we** will send **you** a notice of cancellation indicating the date the policy is cancelled.  If **we** receive a premium payment after the cancellation date shown on the notice of cancellation, **we** may or may not reinstate **your** policy.  Acceptance of a late premium payment will result in a lapse of coverage from the cancellation date to the date the late premium is accepted.   The acceptance of a late premium shall not waive **our** right to refuse to accept any future late premium payment.

If different requirements for cancellation and nonrenewal or termination of policies are applicable because of the laws of **your** state, **we** will comply with those requirements.

Proof of mailing a notice is proof of notice.

Upon cancellation **you** may be entitled to a premium refund; if so, **we** will send it to **you** but the making or offer of a refund is not a condition of cancellation.  Any refund will be computed on a pro rata basis.  The effective date of cancellation stated in a notice is the end of the policy period.

MS-405 TX (4-09)

Any cancellation or restriction of coverage made without **your** consent will be of no effect except as provided for under Cancellation or Nonrenewal of This Policy or as required by the Texas Department of Insurance.

10. **LOSS PAYABLE CLAUSE**

**Loss** or damages under Coverage for Damage to Your Auto shall be paid as interest may appear to **you** and the loss payee shown in the Declarations or in an endorsement.

This insurance covering the interest of the loss payee shall not become invalid because of **your** fraudulent acts or omissions, unless the **loss** results from **your** conversion, secretion, or embezzlement of **your insured car**. However, we reserve the right to cancel the policy as permitted by policy terms. Notice of the cancellation mailed to the loss payee at least 10 days prior to the date the coverage for the loss payee will end terminates this agreement.

The insurance covering the loss payee's interest as specified in this loss payable clause will continue for subsequent policy periods regardless of any policy expiration date shown on the Declarations until **we** mail notice to the loss payee at least 10 days prior to the date the coverage for the loss payee will end.

If **you** cancel the policy as permitted by policy terms **we** agree to mail notice of the cancellation to the loss payee at least 10 days prior to the date the coverage for the loss payee will end. In any event, **your** coverage ends on the date of **your** cancellation.

When **we** pay the loss payee **we** shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

11. **CONFORMITY TO STATUTES**

Any terms of this policy which are in conflict with the statutes of the state in which this policy is issued are amended to conform to such statutes.

12. **SPECIAL PROVISIONS**

This Company is licensed to operate under Chapter 912, Texas Insurance Code 1951, as amended, and such statutes shall apply to and form a part of this policy the same as if written or printed upon, attached or appended hereto.

This policy is issued subject to the constitution and by-laws and all amendments thereto of the Company, which shall form a part of this policy.

**MUTUALS – MEMBERSHIP AND VOTING NOTICE:** The insured is notified that by virtue of this policy the insured is a member of the American National County Mutual Insurance Company and is entitled, as is lawfully provided in the charter, constitution, or bylaws to only one vote regardless of the number of policies owned, either in person or by proxy in any or all meetings of said Company. The Annual Meetings are held in its Home Office at Galveston, Texas, on the Second Tuesday in January, in each year, at 10:00 o'clock (A.M.).

**MUTUALS – PARTICIPATION CLAUSE WITHOUT CONTINGENT LIABILITY:** No Contingent Liability: This policy is nonassessable. The policyholder is a member of the Company and shall participate to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

**In Witness Whereof,** the company has caused this policy to be executed and attested, but if required by state law, the policy shall not be valid unless countersigned by a duly authorized representative of the company.

S. E. Pavlicek, Secretary          William Rider, President

INTENTIONALLY
LEFT
BLANK

**AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY**

**TEXAS AUTOMOBILE AMENDATORY ENDORSEMENT**

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

I.  Under **PART A – LIABILITY, EXCLUSIONS**, item (18) is deleted and replaced with the following:

(18) for **bodily injury** or **property damage** resulting from the use of **your insured car**:

    (a) during or in preparation for, any race, speed contest, hill climbing exhibition, or any other contest or demonstration of speed or power:
    (b) while participating in a high performance driving or racing instruction course or school; or
    (c) while being operated at a speed above 30 miles per hour at:

        i.   a race track;
        ii.  a location designed or used for racing; or
        iii. a racing instruction course or school.

II. Under **PART B1 – EXPENSES FOR MEDICAL SERVICES, EXLCUSIONS**, item (12) is deleted and replaced with the following:

(12) for **bodily injury** resulting from the use of **your insured car**:

    (a) during or in preparation for, any race, speed contest, hill climbing exhibition, or any other contest or demonstration of speed or power:
    (b) while participating in a high performance driving or racing instruction course or school; or
    (c) while being operated at a speed above 30 miles per hour at:

        i.   a race track;
        ii.  a location designed or used for racing; or
        iii. a racing instruction course or school.

III. Under **PART C – UNINSURED/UNDERINSURED MOTORISTS, EXCLUSIONS**, item (8) is deleted and replaced with the following:

(8) for **bodily injury** or **property damage** resulting from the use of **your insured car**:

    (a) during or in preparation for, any race, speed contest, hill climbing exhibition, or any other contest or demonstration of speed or power:
    (b) while participating in a high performance driving or racing instruction course or school; or
    (c) while being operated at a speed above 30 miles per hour at:

        i.   a race track;
        ii.  a location designed or used for racing; or
        iii. a racing instruction course or school.

IV. Under **PART D – COVERAGE FOR DAMAGE TO YOUR AUTO**, the following revisions are made:

    A. **TOWING AND LABOR COSTS OR WINDSHIELD REPAIR** is deleted and replaced with the following:

    **ROADSIDE ASSISTANCE AND WINDSHIELD REPAIR**

    In consideration of the premium charged for each vehicle designated in the Declarations, **we** agree to pay for windshield repairs which do not require replacement of glass and for **our roadside assistance provider** when rendering the following services due to a **covered emergency**:

        (1) towing of a **covered disabled auto** to the nearest qualified repair facility; or
        (2) labor costs on a **covered disabled auto** at the place of disablement.

MS-43 (1-13)                                        1

If a **covered disabled auto** is towed to any place other than the nearest qualified repair facility, you will be responsible for any additional charges incurred.

## UNAUTHORIZED SERVICE PROVIDER

If **you** do not obtain service through **our roadside assistance provider, you** may obtain service through another towing service and request reimbursement from **us**.

**Your** request for reimbursement must include **your** name, vehicle identification number, make, model, year and date of disablement.   The request for reimbursement must be made within a reasonable time of the disablement.   **You** must include an itemized receipt showing the name, address and telephone number of the towing service along with the reason(s) for disablement.

When **you** do not use **our roadside assistance provider**, the maximum reimbursement shall not exceed $75 per disablement.

## WINDSHIELD REPAIR

Repairs to **your** windshield may be completed by the provider of **your** choice.

Once the repairs have been completed, please send **us** a request for reimbursement.   **Your** request for reimbursement must include **your** name, vehicle identification number, make, model, year and an itemized receipt listing the name, address and telephone number of the repair facility.

## ADDITIONAL DEFINITIONS USED IN ROADSIDE ASSISTANCE AND WINDSHIELD REPAIR ONLY

1.   **Covered disabled auto** means **your insured car** that sustains a **covered emergency**.

2.   **Covered emergency** means a disablement within 10 feet of a road or highway that is a result of:

    a.   mechanical or electrical breakdown;
    b.   battery failure;
    c.   insufficient supply of fuel, oil, water, or other fluid;
    d.   changing or inflating of flat tires but not the cost to repair the tire or the cost of a replacement spare tire;
    e.   lock-out; or
    f.   entrapment in snow, mud, water, or sand.

3.   **Roadside assistance provider** means **our** contracted vendor that will provide the roadside assistance to **your covered disabled auto**.

## EXCLUSIONS USED IN ROADSIDE ASSISTANCE AND WINDSHIELD REPAIR ONLY

There is no coverage under Coverage I for the following:

1.   the cost of purchasing parts, fluid, lubricants, fuel, replacement keys or the labor to make replacement keys;
2.   installation of products or material not related to the disablement;
3.   labor not related to the disablement;
4.   towing or storage related to impoundment, abandonment, illegal parking, or other violations of law;
5.   assistance with jacks, levelers, airbags, or awnings;
6.   towing from a service station, garage, or repair shop;
7.   labor or repair work performed at a service station, garage or repair shop;
8.   auto storage charges;
9.   disablement that occurs on roads not regularly maintained, open fields or areas designated as not passable due to construction, weather, or earth movement;
10.   mounting or removing of snow tires or chains;
11.   tire repair (or the cost of a replacement or spare tire);
12.   disablement that results from an intentional or willful act or action by **you**, a **relative**, or the operator of a **covered disabled auto**; or
13.   a trailer unless the trailer is attached to **your insured car**.

MS-43 (1-13)                                                   2

B.  Under **EXCLUSIONS** the following revisions are made:,

    (1)  Item (16) is deleted and replaced with the following:

       (16)to **your insured car**:

          (a)  during or in preparation for, any race, speed contest, hill climbing exhibition, or any other contest or demonstration of speed or power:
          (b)  while participating in a high performance driving or racing instruction course or school; or
          (c)  while being operated at a speed above 30 miles per hour at:

             i.  a race track;
             ii.  a location designed or used for racing; or
             iii.  a racing instruction course or school.

    (2)  Item (17) is deleted and replaced with the following:

       (17)to any vehicle while used temporarily as a substitute for a vehicle **you** own which is not covered under this part and is out of normal use due to:

          (a)  breakdown;
          (b)  repair;
          (c)  servicing;
          (d)  loss; or
          (e)  destruction;

C.  **LOSS SETTLEMENT** is deleted and replaced with the following:

**LOSS SETTLEMENT**

**We** may pay the **loss** in money or repair or replace damaged or stolen property.  **We** may, at any time before the **loss** is paid or the property is replaced, return at **our** expense, any stolen property either to **you** or to the address shown in the Declarations, with payment for any covered damage. **We** may keep all or part of the property at the agreed or appraised value, but there will be no abandonment to **us**.

EXCEPT AS AMENDED BY THIS ENDORSEMENT, ALL OTHER TERMS AND CONDITIONS OF YOUR POLICY CONTINUE TO APPLY.

INTENTIONALLY LEFT BLANK

**AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY**

**REIMBURSEMENT OF CAR RENTAL EXPENSE**

Under **PART D – COVERAGE FOR DAMAGE TO YOUR AUTO**, it is agreed that **Reimbursement for Car Rental Expense** is added as follows:

**REIMBURSEMENT OF CAR RENTAL EXPENSE**

When the coverage amount shown in the Declarations under Reimbursement of Rental Expense is $40, **we** will reimburse **you** for the following expenses:

(1) Car Rental Expense.  **We** agree to:

    (a) reimburse **you** up to $40 per day for expenses **you** incur in renting a **temporary substitute car** from a rental agency or garage; or

    (b) pay **you** $10 a day if **you** choose not to rent a car while **your insured car** is withdrawn from normal use,

    when there is a **loss** of **your insured car** described in the Declarations which:

    (a) results in its withdrawal from normal use for more than 24 hours; and

    (b) the **loss** is covered under PART D – COVERAGE FOR DAMAGE TO YOUR AUTO of this policy.

    Car Rental Expense is available when **your insured car** is not driveable due to the **loss** or when **you** leave it at a qualified repair facility for agreed repairs due to the **loss**.  This coverage ends when the car is repaired or replaced, or **we** offer to pay for the **loss**, whichever occurs first.

(2) Travel Expenses.  When **your insured car** is involved in a **loss** more than 50 miles from home and is not driveable, we will reimburse **you** for the following expenses which **you** and any **relative** incur:

    (a) Commercial transportation fares to return to **your** home or to continue to **your** destination.

    (b) Extra meals and lodging required when the **loss** to **your insured car** causes a delay in your travel. For these expenses to be paid they must occur between the time of the **loss** and **your** arrival at **your** home or destination or by the end of the fifth day, whichever occurs first.

The most **we** will pay for the total of Car Rental Expense and Travel Expenses incurred by all persons in any one occurrence is $800.

Paragraph (1) of ADDITIONAL PAYMENTS under PART D – COVERAGE FOR DAMAGE TO YOUR AUTO does not apply when **you** make a claim under this coverage.

All other provisions of this policy remain unchanged.

MS-595 (3-09)

INTENTIONALLY
LEFT
BLANK

42-M-091-27M-3          ROBINSON, PHYLLIS & SYLVESTER          07-01-14



American National Property And Casualty Company and its subsidiaries and/or affiliates, hereinafter referred to as "ANPAC®"

AMERICAN NATIONAL COUNTY MUTUAL INS. CO.

FOR FURTHER SERVICE ON YOUR POLICIES, CONTACT YOUR AMERICAN NATIONAL AGENT:

PAUL, KAREN MOORING
(817) 485-9090

| Required Down Payment | $122.66 |
|---|---|

# ANPAC® WANTS TO MAKE YOUR LIFE EASY!

BY ENROLLING IN OUR **EASY PAY - *THE CHECKLESS WAY*®** PAY PLAN,
WE CAN HELP SAVE YOU TIME AND MONEY.

**Easy Pay - *The Checkless Way*®** offers the convenience of:

➢ No service charge on installments.
➢ No check to write and mail.
➢ Having multiple policies on your Easy Pay Plan.
➢ Receiving a notice 15 days (30 days in Texas) before your withdrawal starts or increases.
➢ Only one month's down payment to start your Easy Pay Plan.

To start your Easy Pay withdrawals:

1. Enclose your check for the required down payment.
2. Sign the other side of this form agreeing to the conditions.
3. Enclose a separate "voided" check.
4. Enclose the bottom portion of this form in the envelope.
5. Enclose the bottom portion of the renewal bill to use in the window envelope for the company address.

You will receive a letter indicating the date and amount of the first withdrawal.

**Thank you for your participation in Easy Pay - *The Checkless Way*®!**

SM-159 (10-11)

-----

**PLEASE ENCLOSE THIS PORTION OF THE NOTICE TO START YOUR EASY PAY WITHDRAWALS**

| 91 |
|---|

***PLEASE ENCLOSE YOUR VOIDED CHECK AND AMOUNT DUE***

ROBINSON, PHYLLIS & SYLVESTER
14200 HOBBY LN APT 14208
FORT WORTH   TX   76155-3564

POLICY # 42-M-091-27M-3

WITHDRAWAL DAY: 01

| Amount Due | $122.66 |
|---|---|

AGENT: PAUL, KAREN MOORING
1 376   A0288

**PLEASE SEE OTHER SIDE FOR REQUIRED SIGNATURE AND MORE DETAILS.**

Please include the bottom portion of the renewal bill to use in the window envelope for the company address.

05-30-2014

**EASY PAY - *THE CHECKLESS WAY*®**
**PLAN CONDITIONS**

The Easy Pay Plan is an automatic, preauthorized electronic debit plan for the payment of premiums on eligible policies which ANPAC® makes available to its customers, subject to the following conditions:

(1)     Preauthorized withdrawals will be made from the depositor's account based on the effective day of the policy and the amount of the deposit premium. If the withdrawal day falls on a weekend or holiday or if the month does not have the withdrawal day selected, the withdrawal will occur on the next banking day.

(2)     ANPAC® will not be liable for any bank service fees charged against the depositor's account.

(3)     The withdrawal amount for each policy shall be calculated by dividing the premium due for the policy by the number of payment schedule dates remaining within the applicable policy period.

(4)     You agree to notify us 30 days prior to changing account numbers, banks, or any other change that affects the withdrawal of funds from your account. If it is not possible to provide 30 days' notice, payment of any withdrawal scheduled to occur within the next 30 days must accompany the account number or bank change.

   **American National Property And Casualty Companies**
   **American National Corporate Centre**
   **1949 East Sunshine Street**
   **Springfield, MO 65899-0001**

(5)     We will mail you written notice, approximately 15 days in advance (30 days in Texas), of any increase in withdrawal from your account due to policy or premium changes.

   If the withdrawal amount decreases due to policy or premium changes, the new amount will be withdrawn at the next scheduled withdrawal. We will notify you in writing of the new withdrawal amount.

(6)     If any withdrawal under the Easy Pay Plan is not paid upon presentation, ANPAC® reserves the right to proceed under one of the following options:

   (i)     at the next available opportunity, resubmit the withdrawal amount for presentation against the depositor's account; or
   (ii)    revoke the privilege of making electronic premium payments for all policies covered under this plan; or
   (iii)   cancel all policies under the plan for nonpayment of premium. Such cancellation shall be preceded by a written notice from us.

(7)     Upon termination of premium payments under the Easy Pay Plan, the customer shall be immediately responsible for any unpaid premium for insurance provided in the applicable policy period.

(8)     The payment of premiums under the Easy Pay Plan may be discontinued for any policy by the depositor or the Company issuing the policy upon thirty (30) days' advance written notice.

(9)     The provisions of the Easy Pay Plan may be amended at any time by us by giving written notice of the amendment at least thirty (30) days prior to its effective date. Such amendment will become effective for any transactions occurring after that date.

(10)    The Easy Pay Plan shall not be interpreted as a modification to any of the terms, provisions, or conditions of the policies included under the Easy Pay Plan except that while a policy is included under the Easy Pay Plan, the Company issuing the policy shall not be required to give notice of premiums becoming due for that policy.

SM-159 (10-11)

I authorize ANPAC® to begin regularly scheduled electronic debits and/or credits to my checking or savings account, subject to the conditions above. I acknowledge the origination of Automated Clearing House (ACH) transactions to my account must comply with the provisions of United States law. I understand that if an ACH transaction is dishonored by the bank, for any reason, the premium payment will be considered in default pursuant to the terms of the policy. This authorization will remain in effect until revoked by me in writing, allowing the company and financial institution thirty (30) days to act on the termination of this authorization.



I have read this form, understand the contents, and have received a copy. If the agreement is not dated, it will be deemed effective when received by the company. I agree to maintain an adequate balance in my account to cover my insurance premiums. ANPAC® will not be liable for any bank service charged against the depositor's account.

_____          _____
        Authorized Signature                           Date

## AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY
### (Serviced by American National Property And Casualty Company)

### DESCRIPTION OF DISCOUNTS

**Multi-Car Discount**:  A reduced premium is given if more than one private passenger auto is owned by relatives residing in the same household and two or more such autos are insured with our Company.

**Preferred Automobile Customer Plus (PAC+) Discount**:  A Part A Discount of up to 18% may be available if you have been insured continuously with your prior carrier or with one of the American National Family of Companies for at least three years.  An additional discount of up to 45% may be available based upon the account owner's risk score.

**Good Student Discount**:  A reduced premium is given if the driver is a full-time middle school student, junior high school student, high school student, home study student or full-time college student, and on each anniversary date of the policy, the student furnishes satisfactory evidence indicating that the student has maintained a ranking among the upper 20% of his/her class scholastically, or maintained a "B" grade average or numerical grade point equivalent, or was included in a "Dean's List" or "Honor Roll", or was ranked in the upper 20% on a national standardized tests in the last 12 months.

**Passive Restraint Discount**:  A discount up to 30% may be available and applied to Medical and Personal Injury Protection premiums if the auto has a qualifying factory-installed passive air bag or other passive restraint system, which meets federal safety standards.  The amount of discount depends on the type of device.

**Auto–Life Discount**:  A 5% discount will be applied to Bodily Injury, Property Damage, Medical Payments, Personal Injury Protection, and Collision Coverages on your auto policy if you also have a qualifying life policy with the American National Family of Companies.

**Auto/Home Discount**:  A 10% discount will be applied to Bodily Injury, Property Damage, Medical Payments, Personal Injury Protection, and Collision Coverages on your auto policy if you also have a homeowners policy in force with American National Family of Companies.

**Tri–Line Client Discount**:  A 20% discount will be applied Bodily Injury, Property Damage, Medical Payments, Personal Injury Protection, and Collision Coverages on your auto policy if you have an auto, home, and life policy with American National Family of Companies.  The qualifying life policy coverage amount must be at least equal to the homeowners Coverage A amount.

**Comprehensive Claim-Free Discount**:  A 15% discount applies to the Comprehensive Coverage premium if ALL insureds on the policy have no Comprehensive claims during the past three years.  A 30% discount applies if you have had no claims paid under the Comprehensive Coverage for six or more years.  If your account with American National County Mutual Insurance Company or another member of the American National Family of Companies has four or more vehicles and your account has had no more than two Comprehensive paid claims during the experience period, you may qualify for the Comp Claim Free Discount.

**Benefits Xpress<sup>SM</sup> Auto Discount**:  A 10% discount applies to the Bodily Injury Liability, Property Damage Liability, Medical Payments, Personal Injury Protection, Uninsured/Underinsured Motorist, Comprehensive and Collision Coverages when the employer/group of a named insured is enrolled and the insured has an active homeowner policy with us.  The account must be actively enrolled in Easy Pay – The Checkless Way payment plan.   (Does not include vehicle types:   motorcycles, trailers, recreational vehicles, and restricted-use motor homes)

## DESCRIPTION OF SURCHARGES*

**Accident**:   A surcharge is applied for each at-fault accident within the past three years involving the applicant or any operator operating the insured automobile or any other motor vehicle, including any motorcycle or recreational vehicle, resulting in bodily injury or damage to any property, including the applicant or any operator's own.

**Violation**:   A surcharge applies for all motor vehicle convictions received in the past three years by the applicant or any operator of the vehicle.

**High Risk Vehicle**:   A surcharge is added for certain vehicles based on their damageability, cost to repair, high performance, or risk of being stolen.  The surcharge applies as long as the vehicle is on your policy.

**No Prior Insurance**:   A surcharge is added if any operator of your vehicle(s) has been operating an uninsured vehicle for 31 or more days in the past 12 months.  The surcharge will apply only until continuous Liability Coverage has been maintained with American National County Mutual Insurance Company for 12 months.

**Inexperienced Operator**:   A surcharge is added for any operator older than 21 years, who has not been licensed for the past three years.  This includes any individual from a foreign country who has been licensed in the United States for less than three years.  The surcharge applies only until the operator has been licensed for three years.

**Unverifiable Driving Record**:   A surcharge is added if the Company cannot obtain a current three-year driving record on any driver, including any inexperienced operator.  The surcharge applies only for one year.

* Surcharges are applied to Bodily Injury, Property Damage, Medical Payments, Personal Injury Protection, and Collision Coverage premiums.


### American National County Mutual Insurance Company
#### (Serviced by American National Property And Casualty Company)

ANPAC®
American National Property And Casualty Company
American National General Insurance Company
American National Lloyds Insurance Company
Pacific Property And Casualty Company
ANPAC Louisiana Insurance Company
and
American National County Mutual Insurance Company
(serviced by ANPAC®)

**Notice of Privacy Policy
and Information Practices**

American National Property And Casualty Company, its subsidiaries and affiliates (ANPAC®), are committed to providing insurance and annuity products and services designed to meet your needs. We are equally committed to respecting your privacy and protecting the information about you that we may receive. We have prepared this notice to advise you what information we collect, how we use it, and how we protect it.

## What Information We Collect

As an essential part of our business, we obtain certain personal information about you in order to provide a financial product or service to you. Some of the information we receive comes directly from you on applications or other forms, and may include information you provide during visits to our web site. We may also receive information from physicians, testing laboratories, and other health providers, and from consumer reporting agencies. The types of information we receive may include addresses, social security numbers, family information, current and past medical history and financial information, including information about transactions with other financial institutions. Such information may, in certain circumstances, properly be obtained without further notice to or authorization from you.

## What Information We Disclose

We do not disclose nonpublic personal information about our current or former customers to any non-affiliated entity, except as permitted by law. Examples of the disclosures which we are permitted by law to make include:  disclosures necessary to service or administer an insurance or annuity product that you requested or authorized; disclosures made with your consent or at your direction; disclosures made to your legal representative; disclosures made in response to a subpoena or an inquiry from an insurance or other regulatory authority; disclosures made to comply with federal, state or local laws and to protect against fraud. Where permitted by law, such disclosures may be made without further notice to or authorization from you.

## Our Privacy Protection Procedures

We protect information about you from unauthorized access. For example we employ secure technologies in order to safeguard transmission of information about you through our web sites. Access to information about you is restricted to those individuals that need such information in order to provide products and services to you. Examples of activities requiring access to personal information include:  underwriting; claims processing; reinsurance and policyholder service. Our employees and agents receive training regarding our privacy policies and violators are subject to disciplinary action. Finally, we have established and maintain procedures to comply with all state and federal laws and regulations regarding the security of personal information.

## Your Right To Review Information About You

You have the right to review the recorded personal information about you contained in our files and to obtain a copy of such information. You also have the right to request that we correct, amend or delete any such information if it is in error or you do not wish us to maintain such information, provided that it is not necessary for us to maintain such information in order to properly service or administer insurance products or services requested or authorized by you. Upon your request to the address or telephone number below, we will provide you with a complete statement of our Information Practices and Privacy Policy and the procedures by which you may review, obtain copies of, and/or request the correction of personal information about you contained in our files.

If, after reading this notice, you have any questions about this notice or the personal information contained in our files about you, please contact us at:

**American National Property And Casualty Company**
**American National General Insurance Company**
**American National Lloyds Insurance Company**
**Pacific Property And Casualty Company**
**ANPAC Louisiana Insurance Company**
**American National County Mutual Insurance Company** (serviced by ANPAC®)

American National Corporate Centre
1949 East Sunshine Street
Springfield, Missouri 65899-0001

Telephone:   Toll Free (877) 662-6722   (This number is only for calls related to the Privacy Policy and Information Practices Act.)

Toll:   (417) 887-4990 or (417) 887-0220

**This Notice has been provided to you in compliance with the Financial Services Modernization Act of 1999, U.S. Pub. L. 106-102, 113 U.S. Stat. 1338, for information purposes only.   No action is required on your part.**



**American National Property And Casualty Company**
**American National General Insurance Company**
**American National Lloyds Insurance Company**
**Pacific Property And Casualty Company**
**ANPAC Louisiana Insurance Company**

**American National County Mutual Insurance Company** (serviced by ANPAC®)





AMERICAN NATIONAL
COUNTY MUTUAL INS. CO.

**CONSUMER NOTICE TO POLICYHOLDER**

Date: 05/30/14
Account Owner/Applicant/Named Insured: ROBINSON, PHYLLIS & SYLVESTER
Policy Number: 42-M-091-27M-3

Pursuant to the Fair Credit Reporting Act (FCRA), 15 U. S. C. Sec. 1681 et seq., you are hereby informed that an adverse action was taken on the above-referenced policy number as a result of information in the consumer reports indicated below by an "X". This adverse action impacts your insurance premium and/or eligibility.

---

____ **Motor Vehicle Report.** This report is reviewed before your policy is first issued and shows the driving record for each driver in your household. Motor Vehicle Reports may be periodically updated to obtain new activity. A portion of the insurance premium charged is based on information in this report. (See driving record information on back)

____ **CLUE Report.** This report gives the claims history of the household. Your policy premium or minimum deductible amount is based upon information in this report. Reference #

X
____ **Insurance Score/Credit Report.** This report reflects a credit history and/or insurance score. Studies have shown a strong correlation between a consumer's financial history and future loss potential. Your score may qualify you for a discount or allow driving record activity that otherwise would not be acceptable. For more information on insurance scores, ask your agent for a copy of the brochure "What's Credit Got To Do With It?" A portion of the insurance premium charged or the mode of payment is based upon information in this report.

We are pleased to inform you that you are currently receiving a Preferred Automobile Customer Plus Discount of 36% based on your insurance score.

These are the top attributes given to us by LexisNexis Risk Solutions Inc. that were used in determining your insurance score:

(+) Number of Department Store Accounts Currently with 90 - 120 Day Late Payments
(+) Number of Sales Finance Accounts Currently with a 60 Day Late Payment
(-) Account with a Reported Delinquency Status Including Bad Debt & Bankruptcy
(-) Number of Retail Accounts Established

Reference # 13305203100799

Pursuant to the Fair Credit Reporting Act (FCRA), 15 U. S. C. Sec. 1681 et seq., you are hereby informed that an adverse action was taken wholly or partly because of information contained in a consumer report from the reporting agency listed below.

LexisNexis Consumer Center
P. O. Box 105108
Atlanta, GA  30348-5108
**1-800-456-6004**
www.consumerdisclosure.com

To obtain copies of reports from LexisNexis Risk Solutions Inc., call 1-800-456-6004.

---

Pursuant to the Fair Credit Reporting Act (FCRA), you are informed that: The consumer reporting agency indicated above did not make any decisions regarding the stated insurance policy. Therefore, the consumer reporting agency will not be able to provide you with the specific reasons why the insurance company is taking the present action.

You have the right to obtain a free copy of your consumer report from the consumer reporting agency indicated above if requested within 60 days of your receipt of this notice.

SA-1088 (6-11)                                   P-1

You also have the right to dispute with the consumer reporting agency the accuracy or completeness of any information in a consumer report furnished by that consumer reporting agency. Once you have directly notified the consumer reporting agency of your dispute, the agency must, within thirty days of your initiating the dispute, reinvestigate and record the current status of the disputed information. If after reinvestigation, such information is found to be inaccurate or unverifiable, such information must be promptly deleted from your records. If the reinvestigation does not resolve the dispute, you may file a brief statement setting forth the nature of the dispute with the consumer reporting agency. Your filed statement will then be included or summarized in any subsequent consumer report containing the information in question.

For complete information regarding the Fair Credit Reporting Act (FCRA), 15 U. S. C. Sec. 1681 et seq., please refer to the United States Code, Title 15, Chapter 41, Subchapter II, (15 U.S.C. 1681 et seq.). You can find the complete text of the FCRA, 15 U.S.C. 1681 et seq., at the Federal Trade Commission's web site (http://www.ftc.gov). The FCRA gives you specific rights. You may have additional rights under your state law. You may contact a state or local consumer protection agency or a state attorney general to learn those rights.

**Extraordinary Life Circumstances Exception**: If you feel your credit has been adversely impacted by extraordinary personal circumstances, you may call ANPAC® at 1-877-672-6722 to discuss your options. (This telephone number is to be used only for questions related to the Extraordinary Life Circumstances Exception.) We will request reasonable documentation of these events prior to granting an exception. Examples of extraordinary personal circumstances affecting your credit include:

- Dissolution of marriage
- Credit information of a former spouse
- Medical collections involving serious illness or injury of insured or an immediate family member
- Loss of employment for an extended period
- Death of an immediate family member who was contributing a significant amount to the family income or whose death has created significant additional expense for the family
- Disputed credit history that results from identity theft
- Total or other loss that makes a home uninhabitable

Other personal circumstances that may not be extraordinary may also be considered in analyzing the basis for an exception. Examples of these include factors that impacted the decisions to declare bankruptcy, credit counseling, and errors in your credit report causing need for correction and reevaluation.

The driving record information shown below is what our records reflect. Questions regarding your claims history or driving record may be directed to your ANPAC® Agent.

| DRIVING RECORD INFORMATION | |
|---|---|
| Accidents & Other Losses | Convictions/Driver # |
| | |

\* Indicates activity recently added

