IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHYLLIS ROBINSON and
SYLVESTER ROBINSON                                              PLAINTIFFS

v.                     No. 4:20-cv-463-DPM

TRAVIS THOMAS and AMERICAN
NATIONAL COUNTY MUTUAL
INSURANCE COMPANY                                               DEFENDANTS

ORDER

1. Motion to bifurcate, *Doc. 24*, granted. The Robinsons' claims against American National will be tried separately and after their claims against Thomas are tried. *Brinker v. Forrest City School District No. 7*, 344 Ark. 171, 176, 40 S.W.3d 265, 269 (2001). We can do all of this, if necessary, the week of 14 February 2022.

2. The Court would appreciate a supplemental stipulation about the dismissal of Mr. Robinson's claims. Are all of his claims dismissed by agreement?

3. Thomas and American National must advise the Court by 20 August 2021 whether they join the Robinsons in requesting a settlement conference.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 August 2021