IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHYLLIS ROBINSON and
SYLVESTER ROBINSON                                              PLAINTIFFS

v.                            No. 4:20-cv-463-DPM

TRAVIS THOMAS and AMERICAN
NATIONAL COUNTY MUTUAL
INSURANCE COMPANY                                               DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 1 November 2021 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

16 September 2021